IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      3:99cr3/RV
                                                        3:05cv164/RV/MD
JEFFERY SCOTT DURHAM
_____

REPORT AND RECOMMENDATION

On June 1, 2005, this court vacated its previous recommendation that the defendant's § 2255 motion be dismissed due to his submission of a "supplement," which the court liberally construed as a motion to amend. He was directed to file an amended motion, eliminating the claims raised in the initial motion, all of which had been raised on appeal. (Doc. 140). When he failed to do so, the court entered an order to show cause. (Doc. 141). Defendant responded to the order to show cause, stating that he complied with this court's order by placing a copy of his amended 2255 motion "into the hands of BOP staff." Because court records did not reflect receipt of an amended motion from the defendant, on August 4, 2005, he was directed to file, within ten (10) days, a copy of the amended 2255 motion he stated he had attempted to file on June 28, 2005. (Doc. 143). Over thirty days have elapsed, and defendant has still failed to submit his amended § 2255 motion as instructed.

Accordingly, it is respectfully RECOMMENDED:

That defendant's § 2255 motion be dismissed without prejudice due to his failure to prosecute or comply with an order of the court.

At Pensacola, Florida this 15th day of September, 2005.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:99cr3/RV; 3:05cv164/RV/MD*