IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                   Case No: 3:99cr3/RV
                                                 3:05cv164/RV/MD

JEFFERY SCOTT DURHAM
_____

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 15, 2005. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The defendant's § 2255 motion is dismissed without prejudice due to his failure to prosecute or comply with an order of the court.

      DONE AND ORDERED this 25th day of October, 2005.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**